# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TDATA INC.**

       **Plaintiff,**                    Case No. 2:03-cv-264
                                         **JUDGE GREGORY L. FROST**
    **v.**                              Magistrate Judge Terence P. Kemp

**AIRCRAFT TECHNICAL PUBLISHERS,**

       **Defendant.**

**AIRCRAFT TECHNICAL PUBLISHERS,**

       **Plaintiff,**                    Case No. 2:04-cv-1072
                                         **JUDGE GREGORY L. FROST**
    **v.**                              Magistrate Judge Terence P. Kemp

**TDATA INC.**

       **Defendant.**

## ORDER

       The parties have settled all but the patent-related aspects of this litigation.  Because this aspect of the consolidated cases is currently stayed until further order of this Court, the Clerk shall designate the cases as administratively closed, subject to reactivation.  The parties remain under a continuing obligation to notify this Court of any development regarding the reexamination of any patent involved in this litigation.  Following reexamination, the Court shall conduct a status conference , at which time the Court will reactivate the cases, lift the stay, and address whether ATP seeks to proceed on its then-reactivated motions or to file new motions.

       **IT IS SO ORDERED.**

                                                                                     /s/ Gregory L. Frost
                                                                          GREGORY L. FROST
                                                                          UNITED STATES DISTRICT JUDGE